UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | |
|---|---|
| SHAUNCY CLAUD, | Case No.: 2:18-cv-01390-DRH-AKT |
| Plaintiff, | |
| vs. | STIPULATION [AND ORDER] OF DISMISSAL AS TO DEFENDANT BROWN HARRIS STEVENS RESIDENTIAL SALES, LLC |
| BROWN HARRIS STEVENS RESIDENTIAL SALES, LLC, and BROWN HARRIS STEVENS OF THE HAMPTONS, LLC, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is stipulated that this action be dismissed as to defendant Brown Harris Stevens Residential Sales, LLC, each party to bear their own costs.

Dated: July 23, 2018

_____
G. Oliver Koppell

LAW OFFICES OF G. OLIVER KOPPELL &
 ASSOCIATES
*Attorneys for Plaintiff Shauncy Claud*
99 Park Avenue, Suite 1100
New York, New York 10016
Tel. (212) 867-3838
Fax: (212) 681-0810
okoppell@koppellaw.com

_____
Andrew P. Saulitis

LAW OFFICES OF ANDREW P. SAULITIS P.C.
*Attorneys for Defendants*
*Brown Harris Stevens Residential Sales, LLC and*
*Brown Harris Stevens of the Hamptons, LLC*
40 Wall Street-37th Floor
New York, New York 10005
Tel: (212) 459-0900
Fax: (212) 459-1826
apslaw@msn.com

**SO ORDERED:**

Dated: July __, 2018

_____
U.S.D.J.